UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank



**Order Filed on March 15, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Samuel Jimenez,

Debtor.

Case No.:  <u>18-14952 JNP</u>

Adv. No.:

Hearing Date:  3/5/19  @ 10:00 a.m..

Judge:  <u>Jerrold N. Poslusny, Jr.</u>

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 15, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:   Samuel Jimenez
Case No:  18-14952 JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING
CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 3536 KIP ST PHILADELPHIA, PA 19134-1015, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Andrew Thomas Archer, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 22, 2019, Debtor is due for the October 2018 – February 2019  post-petition payments for a total post-petition default of $1,180.64 ( 5 @ $199.43, 1 AO payment @ 159.58, 3 Late Charges @ $7.97); and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $1,180.64 to be received no later than February 28, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 1, 2019, directly to Secured Creditor's servicer, MidFirst Bank, 999 BW Grand Blvd, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees,which is to be paid through Debtor's Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-14952-JNP
Samuel Jimenez                                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1              Date Rcvd: Mar 15, 2019
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
db              +Samuel Jimenez,    312 Roosevelt Avenue,    Lindenwold, NJ 08021-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
        Andrew Thomas Archer   on behalf of Plaintiff Samuel  Jimenez aarcher@brennerlawoffice.com,
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
        Andrew Thomas Archer   on behalf of Debtor Samuel  Jimenez aarcher@brennerlawoffice.com,
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
        Brad J. Spiller   on behalf of Debtor Samuel  Jimenez bankruptcy@brennerlawoffice.com,
          aarcher@brennerlawoffice.com
        Denise E. Carlon   on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
        Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Jason Brett Schwartz   on behalf of Creditor   Capital One Auto Finance
          jschwartz@mesterschwartz.com
        Rebecca Ann Solarz   on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com
        Stephen B. McNally   on behalf of Defendant    TTLREO, LLC steve@mcnallylawllc.com,
          jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
        Stephen B. McNally   on behalf of Creditor    TTLREO, LLC steve@mcnallylawllc.com,
          jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 11