| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Andrew T. Archer, Esq.<br>BRENNER SPILLER & ARCHER<br>175 Richey Ave<br>Collingswood, NJ 08107<br>(856) 963-5000<br>Attorney for Debtor(s)<br>005272008 | Order Filed on April 15, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Samuel Jimenez,<br><br>                                               Debtor. | Case No.:  18-14952<br><br>Chapter:  13<br><br>Judge:  JNP |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 15, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer_____, the applicant, is allowed a fee of $ ____400.00____ for services rendered and expenses in the amount of $____0.00____ for a total of $____400.00____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____532.00____ per month for ____47____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Samuel Jimenez  
   Debtor

Case No. 18-14952-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 15, 2019  
         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.  
db   +Samuel Jimenez,  312 Roosevelt Avenue,  Lindenwold, NJ 08021-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

   ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                   Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:

   Andrew Thomas Archer  on behalf of Plaintiff Samuel Jimenez aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
   Andrew Thomas Archer  on behalf of Debtor Samuel Jimenez aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
   Brad J. Spiller  on behalf of Debtor Samuel Jimenez bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
   Denise E. Carlon  on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
   Isabel C. Balboa  on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
   Isabel C. Balboa  ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
   Jason Brett Schwartz  on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com  
   Rebecca Ann Solarz  on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com  
   Stephen B. McNally  on behalf of Defendant TTLREO, LLC steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com  
   Stephen B. McNally  on behalf of Creditor TTLREO, LLC steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com  
   U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov  
                                          TOTAL: 11