UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

| | |
|---|---|
| In Re: | Case No.: _____18-14952_____ |
| Samuel Jimenez, | Judge: _____JNP_____ |
| Debtor(s). | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☐ Motion for Relief from the Automatic Stay filed by _____,
creditor,

A hearing has been scheduled for _____, at _____.

☒ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____September 20, 2019_____, at ___10:00___.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not
been accounted for.  Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

My attorney will file a modified chapter 13 plan increasing my payment to $1,390
a month to cover paying the administrative, secured, priority and/or unsecured
creditors in full.  My attorney will file an Amended schedule of income showing
an increase of income to make my plan feasible.

☐  Other (**explain your answer**):

3.      This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: ___9 - 12 - 19___                          _____
                                                 Debtor's Signature

Date: _____                      _____
                                                 Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*