Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 18–14952–JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Samuel Jimenez
  312 Roosevelt Avenue
  Lindenwold, NJ 08021

Social Security No.:
  xxx–xx–5873

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:        September 8, 2020
Time:        11:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*91* – Certification in Opposition to (related document:90 Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 3536 Kip Street, Philadelphia PA 19134– 1015. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 39 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 69 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 77 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 81 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 08/28/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Andrew Thomas Archer on behalf of Samuel Jimenez. (Archer, Andrew)

and transact such other business as may properly come before the meeting.

Dated: August 18, 2020
JAN: lgr

                Jeanne Naughton
                Clerk