UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
175 Richey Ave
Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on April 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Samuel Jimenez,

Debtor.

Case No.: 18-14952

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 22, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esquire_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-14952-JNP
Samuel Jimenez                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                                                    Page 1 of 2
Date Rcvd: Apr 22, 2021             Form ID: pdf903                                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

**Recip ID         Recipient Name and Address**
db              +  Samuel Jimenez, 312 Roosevelt Avenue, Lindenwold, NJ 08021-1222

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021                          Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:**

**Name**                    **Email Address**
Andrew Thomas Archer
                            on behalf of Plaintiff Samuel Jimenez aarcher@brennerlawoffice.com
                            bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Andrew Thomas Archer
                            on behalf of Debtor Samuel Jimenez aarcher@spillerarcherlaw.com
                            bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Brad J. Spiller
                            on behalf of Debtor Samuel Jimenez bankruptcy@brennerlawoffice.com
                            aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Denise E. Carlon
                            on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
                            on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Case 18-14952-JNP    Doc 117    Filed 04/24/21    Entered 04/25/21 00:22:47    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jason Brett Schwartz
    on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com

Rebecca Ann Solarz
    on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Stephen B. McNally
    on behalf of Defendant TTLREO  LLC steve@mcnallylawllc.com,
    jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

Stephen B. McNally
    on behalf of Creditor TTLREO  LLC steve@mcnallylawllc.com,
    jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11