Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–14952–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Samuel Jimenez
312 Roosevelt Avenue
Lindenwold, NJ 08021

Social Security No.:
xxx–xx–5873

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             June 1, 2021
Time:             11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*120* – Certification in Opposition to (related document:118 Creditor's Certification of Default filed by Stephen B. McNally on behalf of TTLREO, LLC. Objection deadline is 05/12/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) filed by Creditor TTLREO, LLC) filed by Andrew Thomas Archer on behalf of Samuel Jimenez. (Archer, Andrew)

and transact such other business as may properly come before the meeting.

Dated: May 6, 2021
JAN: eag

Jeanne Naughton
Clerk