Form 185 − ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−14952−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Samuel Jimenez
  312 Roosevelt Avenue
  Lindenwold, NJ 08021

Social Security No.:
  xxx−xx−5873

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 7, 2018.

On May 26, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:         July 7, 2021
Time:         10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 27, 2021
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 18-14952-JNP

Samuel Jimenez                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                    Page 1 of 3

Date Rcvd: May 27, 2021                          Form ID: 185                                 Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel Jimenez, 312 Roosevelt Avenue, Lindenwold, NJ 08021-1222 |
| cr | + | TTLREO, LLC, Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 517385896 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 517385898 | + | Eagle One Fcu, Po Box 33345, Philadelphia, PA 19142-0545 |
| 517385899 | + | Eos Cca, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 517385902 | + | Nancy Jimenez, 312 Roosevelt Avenue, Lindenwold, NJ 08021-1222 |
| 517609434 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517385905 | + | Sunrise Credit Service, 260 Airport Plaza, Farmingdale, NY 11735-4021 |
| 517385906 | + | TTLREO, LLC, Attn: Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 518204186 | #+ | TTLREO, LLC, 4747 Executive Drive, Suite 510, San Diego, CA 92121-3100 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 27 2021 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 27 2021 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517385897 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | May 27 2021 22:35:17 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517397223 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | May 27 2021 22:33:47 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517385900 | + | Email/Text: bknotice@ercbpo.com | May 27 2021 20:56:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517539809 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 22:32:21 | LVNV Funding, LLC its successors and assigns as, assignee of Sears National Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517519338 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 27 2021 22:35:08 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 517385901 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 27 2021 22:35:08 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 517385903 | + | Email/Text: cedwards@ncsplus.com | May 27 2021 20:55:00 | Ntl Crdt Sys, 117 E 24th St, New York, NY |

Case 18-14952-JNP    Doc 131    Filed 05/29/21    Entered 05/30/21 00:21:13    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2021 | Form ID: 185 | Total Noticed: 19 |

10010-2937

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517385904 | *+ | Ntl Crdt Sys, 117 E 24th St, New York, NY 10010-2937 |
| 517540134 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Plaintiff Samuel Jimenez aarcher@brennerlawoffice.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Debtor Samuel Jimenez aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Brad J. Spiller | on behalf of Debtor Samuel Jimenez bankruptcy@brennerlawoffice.com aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Stephen B. McNally | on behalf of Defendant TTLREO  LLC steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com |
| Stephen B. McNally | on behalf of Creditor TTLREO  LLC steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com |
| U.S. Trustee | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2021 | Form ID: 185 | Total Noticed: 19 |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11