UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Samuel Jimenez

Case No.:    18-14952 JNP

Chapter:    13

Hearing Date:    9/6/2022

Judge:    Jerrold N. Poslusny, J.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter:  Creditor's Certification of Default filed on July 12, 2022 at document#172

_____

Date: 08/15/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*