UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

**CERTIFICATION OF DEBTOR'S COUNSEL
SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

**THIS FORM MAY NOT BE USED TO REQUEST APPROVAL OF FEES IN CASES FILED UNDER, OR CONVERTED TO, CHAPTER 13 ON OR AFTER AUGUST 1, 2018.**

_____, Esquire, certifies as follows:

1. I represent the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

**STANDARD FEES**

☐ Prosecution of motion on behalf of debtor. $500.00

    Nature of motion: _____

    _____

    Hearing date(s): _____

    _____

☐ Defense of motion on behalf of debtor (Including filing $400.00

    Objection to Creditor's or Trustee's Certification of Default).

    Nature of motion: _____

    _____

    Hearing date(s): _____

    _____

☐ Additional court appearance(s). (Not to exceed three). $100.00

    Purpose: _____

    _____

    Hearing date(s): _____

    _____

☐ Filing and appearance on a modified Chapter 13 Plan. $300.00

☐ Preparation of Wage Order $100.00

☐ Preparation and filing of Amendments to Schedules D, E, F, G, H $100.00
   or List of Creditors

☐ Preparation and filing of other amended schedules $100.00

☐ Preparation and filing of Application for Retention of Professional $200.00

☐ Preparation and filing of Notice of Sale or Settlement of Controversy $100.00

## NON-STANDARD FEES

**Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:_____

_____

_____

_____

Describe non-standard expenses in detail:

_____

_____

_____

_____

2. To date, in this case:

   I have applied for fees (including original retainer) in the amount of:  _____

   To date, I have received:  _____

3. I seek compensation for services rendered in the amount of $ _____ payable:

   ☐ through the chapter 13 plan as an administrative priority.

   ☐ outside the plan.

4. ☐ This allowance will not impact on plan payments.

   ☐ This allowance will impact on plan payments.

   Present plan:    $ _____ per month for _____ months.

   Proposed Plan:  $ _____ per month for _____ months.

5.  I have not filed a supplemental fee application within the preceding 120 days.

I certify under penalty of perjury that the above is true.

Date: _____        _____
                                                            Signature

*rev. 8/1/18*